**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6442

ALTONY BROOKS,

Plaintiff - Appellant,

v.

SERGEANT SHEILA JOHNSTON, also known as Lieutenant Johnston; CAPTAIN KRIS JACUMIN, also known as Captain Jackelman; SERGEANT FELISA FLUDD, also known as Officer Fludd; BERKELEY COUNTY SHERIFF'S OFFICE,

Defendants - Appellees,

and

HILL FINKLEA DETENTION CENTER; OFFICER JOHN DOE; NURSE JOHN DOE; OFFICER GREENE; OFFICER JOHNSON,

Defendants.

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Donald C. Coggins, Jr., District Judge.  (9:15-cv-02677-DCC)

Submitted:  November 18, 2024                    Decided:  December 18, 2024

Before WYNN and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Altony Brooks, Appellant Pro Se.  Robin Lilley Jackson, SENN LEGAL, LLC, Charleston, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Altony Brooks appeals the district court's order denying his postjudgment motions. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Brooks v. Johnston*, No. 9:15-cv-02677-DCC (D.S.C. Apr. 10, 2024). We deny Brooks' motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
